586

467 A.2d 44

Commonwealth v. Hoover, Appellant.

Submitted April 27, 1983.   John J. Fioravanti, Jr., Assistant Public Defender, for appellant; William F. Merz, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.

467 A.2d 44

Commonwealth v. James, Appellant.

Submitted June 22, 1983.   Charles H. Junod, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence is affirmed.

467 A.2d 44

Commonwealth v. Jones, Appellant.

Petition for Allowance of Appeal
Denied Dec. 14, 1983.

Submitted June 8, 1982.
Lawrence A. Ruth, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, CAVANAUGH and ROWLEY, JJ.

The order of the lower court is affirmed.

467 A.2d 45

Commonwealth v. Jones, Appellant.
Petition for Allowance of Appeal
Denied Jan. 31, 1984.

Argued September 13, 1983.
Edward Ross Eidelman, for appellant; Emil W. Kantra, II, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

The order of the lower court is affirmed.

467 A.2d 45

Commonwealth v. Laird, Appellant.